FILED
At Albuquerque NM

APR 13 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 11-881 |
| vs. | ) | Counts 1-13: 29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets. |
| THOMAS M. CHAVEZ, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about the dates set forth below, in Taos County, in the District of New Mexico, the defendant, **THOMAS M. CHAVEZ**, while an officer, that is secretary-treasurer of the United Steelworkers Local 12-659, in Questa, New Mexico, a labor organization engaged in an industry affecting commerce, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the total approximate amount of $16,965.54.

| Count | Date | Check Number | Amount of payment |
|---|---|---|---|
| 1 | September 21, 2006 | 3305 | $1,100.00 |
| 2 | October 9, 2006 | 3313 | $1,420.95 |
| 3 | November 2, 2006 | 3322 | $1,852.57 |
| 4 | November 20, 2006 | 3344 | $2,066.40 |
| 5 | December 20, 2006 | 3355 | $700.00 |
| 6 | December 27, 2006 | 3358 | $1,852.47 |

| Count | Date | Check Number | Amount of payment |
|---|---|---|---|
| 7 | January 8, 2007 | 3364 | $1,300.00 |
| 8 | January 23, 2007 | 3365 | $292.35 |
| 9 | April 7, 2007 | 3604 | $1,475.00 |
| 10 | April 30, 2007 | 3395 | $1,800.00 |
| 11 | May 11, 2007 | 3396 | $1,350.00 |
| 12 | May 15, 2007 | 3401 | $500.00 |
| 13 | May 29, 2007 | 3407 | $1,255.80 |

In violation of 29 U.S.C. § 501(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*signature*
Assistant United States Attorney

04/11/11  3:59pm

2